NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Faith S. Hochberg |
|  | : |
|  | : Criminal No. 07-0485 (FSH) |
| v. | : |
|  | : **ORDER** |
|  | : |
| JORGE ACEVEDO, | : Date: July 16, 2008 |
| Defendant. | : |

**HOCHBERG, District Judge:**

      This matter coming before the Court upon Defendant's June 4, 2008 Motion for a Return of Property pursuant to Fed. R. Crim. P. 41 (DKT#20); and

      it appearing that the United States filed its response on July 11, 2008;

      **IT IS** on this 16th day of July 2008,

      **ORDERED** that the Defendant Acevedo may file an reply brief not later than **August 6, 2008**.

      /s/ Faith S. Hochberg  
      **Hon. Faith S. Hochberg, U.S.D.J.**