UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JORGE ACEVEDO,
    Plaintiff,

Vs.

UNITED STATES OF AMERICA
    Defendant,

Criminal No. 07-0485(FSH)
Hon. Faith S. Hocherg, U.S.D.J.
RE: U.S. V. Jorge Acevedo

I, Jorge Acevedo, Defendant is presently incarcerated at Moshannon Valley Correctional Center, at 555 I-Cornell Drive Philipsburg Pennsylvania 16866.

This matter is before the Court upon defendant's June 4, 2008 Motion for return of Property pursuant to Federal Criminal Procedure 41 (DKT 20).

The honorable Court ordered that the United States to file an opposition brief no later that June 20, 2008. Up till this date July 23, 2008 Defendant, has not receive the opposition brief from the United States According to the order of the Court dated July 16, 2008. It appears that the United States Filed its reponse on July 11, 2008. However, the Defendant has not received. That response from the Goverment.

defendant respectfully request for a copy of the government response and a new date to file a reply Brief. *Defendant may file a reply brief not later than September 8, 2008.*

Thank you for your cooperation and assistance.

*So ordered 8/11/08*

Respectfully,

*Jorge Acevedo*
JORGE ACEVEDO, Pro-Se Representation

X *Hon. Faith S. Hochberg, U.S.D.J.*