NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Faith S. Hochberg |
| | |
| | Criminal No. 07-0485 (FSH) |
| v. | |
| | **ORDER** |
| | |
| JORGE ACEVEDO, | Date: August 5, 2008 |
| Defendant. | |

**HOCHBERG, District Judge:**

      This matter coming before the Court upon Defendant's June 4, 2008 Motion for a Return of Property pursuant to Fed. R. Crim. P. 41 (DKT#20); and

      it appearing that the United States filed its response on July 11, 2008 but that, as of July 31, 2008, Defendant had not yet received the government's response;

      **IT IS** on this 5th day of August 2008,

      **ORDERED** that the deadline for Defendant Acevedo to file a reply shall be extended to **September 5, 2008**.

      /s/ Faith S. Hochberg
      **Hon. Faith S. Hochberg, U.S.D.J.**